**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sumaya Aden, as next-of-kin and trustee for the Estate of Isak Abdirahaman Aden, Decedent,

Plaintiff,

v.

City of Bloomington, Minnesota; City of Burnsville, Minnesota; City of Eagan, Minnesota; City of Edina, Minnesota; Officer Jacob Peterson; Officer Matthew Ryan; Officer Daniel Nelson; Officer Adam Stier; Officer Anthony Kiehl; Chief Roger New; Lieutenant Andrew Speakman; Sergeant Corey Cardenas; Sergeant Maksim Yakovlev; and John and Jane Does 1-10,

Defendants.

Case No. 20-cv-01508-JWB-TNL

**STIPULATION OF *PARTIAL* DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective undersigned attorneys, that the allegations for failure to train and failure to discipline found in Count VI as well as all *Monell* allegations alleging a pattern or practice of claimed unconstitutional acts as alleged in Paragraph 432, subparts (a)-(m) and incorporated into Plaintiff's *Monell* claim (Count VI), are hereby dismissed with prejudice and without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that all claims and allegations against Defendant City of Bloomington (the "City") are dismissed with prejudice and without costs or disbursements to any of the parties.

All remaining allegations contained in Count VI comprised of Plaintiff's failure to supervise, condoning the use of excessive force, and Plaintiff's *Monell* claim based on the theory Chief Roger New, in authorizing the tactical plan to proceed, set the City of Eagan's official policy remain pending before this Court consistent with *Pembaur v. City of Cincinnati*, 475 U.S. 469 (1986). In addition, the allegations found in Counts I, II, IV, V, and VII including the allegations against individually named Bloomington and Eagan officers, remain pending before this Court. All claims that remain pending before the Court are the subject of Defendants' Motion for Summary Judgment.

**IT IS FURTHER STIPULATED**, that without further notice, the Clerk of the above Court may enter judgment of dismissal with prejudice on Count VI's failure to train, failure to discipline, and policy and practice *Monell* allegations, upon the merits, and without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED,** that without further notice, a judgment of dismissal with prejudice and upon the merits of all of Plaintiff's claims against the City of Bloomington, without costs or disbursements or attorney's fees to any of the parties, may be entered herein..

**WILSON LAW GROUP**

Dated: 5/30/2023

By s/ David L. Wilson
David L. Wilson, #0280239
3019 Minnehaha Ave.
Minneapolis, MN 55406
(612) 436-7100
dwilson@wilsonlg.com

***Attorneys for Plaintiff***

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

Dated: 5/30/2023

By: s/ Vicki A. Hruby
Joseph E. Flynn, #0165712
Vicki A. Hruby, #0391163
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
Telephone: (651) 290-6500
Facsimile: (651) 223-5070
jflynn@jlolaw.com
vhruby@jlolaw.com

***Attorneys for Defendants***