**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sumaya Aden, as next-of-kin and trustee for the Estate of Isak Abdirahaman Aden, Decedent,

Plaintiff,

v.

City of Bloomington, Minnesota; City of Burnsville, Minnesota; City of Eagan, Minnesota; City of Edina, Minnesota; Officer Jacob Peterson; Officer Matthew Ryan; Officer Daniel Nelson; Officer Adam Stier; Officer Anthony Kiehl; Chief Roger New; Lieutenant Andrew Speakman; Sergeant Corey Cardenas; Sergeant Maksim Yakovlev; and John and Jane Does 1-10,

Defendants.

Civ. No. 20-1508 (JWB/TNL)

**ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE**

---

Based upon the Stipulation to dismiss Count VI's failure to train, failure to discipline, and *Monell* allegations arising out of the alleged unconstitutional pattern or practice as well as all allegations and claims against the City of Bloomington (Doc. No. 90), **IT IS HEREBY ORDERED:**

1. The allegations contained in Count VI's failure to train, failure to discipline, and *Monell* allegations asserting an unconstitutional policy or practice, are hereby dismissed on their merits and with prejudice, and without costs or disbursements to any of the parties.

2. All claims against the City of Bloomington are dismissed with prejudice, on their merits and without costs, disbursements, or attorney's fees to any parties. The

caption of the case shall be amended to reflect the dismissal of Defendant City of Bloomington. This does not include any individual defendant who is an employee of the City of Bloomington.

3. All remaining allegations contained in Count VI comprised of Plaintiff's claims for failure to supervise, condoning the use of excessive force, and Plaintiff's *Monell* claim based on the theory that Chief Roger New, in authorizing the tactical plan to proceed, set the City of Eagan's official policy, remain pending before this Court. In addition, the allegations found in Counts I, II, IV, V, and VII, remain pending before this Court.

Date: June 2, 2023

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge